UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIMERICA LIFE INSURANCE COMPANY,

            Plaintiff,

-vs-                                            Case No. 2:10-cv-127-FtM-36SPC

CHRISTOPHER J. O'CONNELL, as personal
representative of the estate of Craig S. Erickson;
THE TRAPMAN COMPANY; THE TRAPMAN
COMPANY, INC.; JAMES JONES,

            Defendants.
_____

## ORDER

This matter comes before the Court on the Stipulation for Substitution of Counsel (Doc. #5) filed on March 17, 2010. Counsel moves the Court for permission to substitute Amy S. Rubin, Esq., of the law firm Fox Rothchild, LLP, 222 Lakeview Avenue, Suite 700, West Palm Beach, FL 33401, in the place of Kenneth M. Curtin, Esq., of Ruden, McClosky, Smith, Schuster & Russell, P.A, 222 Lakeview Avenue, Suite 800, West Palm Beach, FL 33401, as Counsel for the Plaintiff. The Plaintiff has signed a Consent form attached to the Motion as Exhibit A. Having found good cause, the Court will grant the substitution of Counsel.

Accordingly, it is now

**ORDERED:**

(1) The Stipulation for Substitution of Counsel (Doc. #5) is **GRANTED**. Kenneth M. Curtin, Esq., of Ruden, McClosky, Smith, Schuster & Russell, P.A, 222 Lakeview Avenue, Suite 800, West Palm Beach, FL 33401,shall be relieved as Counsel of record on behalf of the Plaintiff.

(2) Amy S. Rubin Esq., of the law firm Fox Rothchild, LLP, 222 Lakeview Avenue, Suite 700, West Palm Beach, FL 33401, shall be designated Counsel of record on behalf of the Plaintiff. All further correspondence and pleadings shall be directed to the Amy R. Rubin, Esq.

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record